[This opinion has been published in *Ohio Official Reports* at 83 Ohio St.3d 115.]

THE STATE EX REL. BAZEL, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Bazel v. Indus. Comm.*, 1998-Ohio-427.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 96-2749—Submitted July 15, 1998—Decided September 16, 1998.)

APPEAL from the Court of Appeals for Franklin County, No. 95APD12-1581.

————————————

*Stewart Jaffy & Associates Co., L.P.A., Stewart R. Jaffy* and *Marc J. Jaffy*; and *Thomas W. Condit*, for appellant.

*Betty D. Montgomery*, Attorney General, and *Dennis L. Hufstader*, Assistant Attorney General, for appellees Industrial Commission and Administrator, Bureau of Workers' Compensation.

*Tatgenhorst & Bruestle* and *Eric G. Bruestle*, for appellee General Motors Corporation.

————————————

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents and would reverse the judgment of the court of appeals and grant the writ.

RESNICK and F.E. SWEENEY, JJ., separately dissent.

————————————

**ALICE ROBIE RESNICK, J., dissenting.**

{¶ 2} I would reverse the judgment of the court of appeals.

————————————